IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CASEY A. HOOKS                                                                                          PETITIONER

v.                                              No. 6:22-cv-06056

WARDAN JOHN YATES                                                                              RESPONDENT

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is the Supplement filed by Petitioner, Casey A. Hooks.  ECF No. 5.  With this Supplement, Hooks requests, through his counsel, that his case be dismissed without prejudice.  The Court has contacted the Government, and there are no objections to this Motion.  ECF No. 6.

Hooks filed this action pursuant to 28 U.S.C. § 2241.  Under this provision, Hooks must file his action in the "district wherein the restraint complained of is had."  *See* 28 U.S.C. § 2241(a).  Hooks is being held in the Federal Correctional Institution in Forrest City, Arkansas.  This facility is not located in the Western District of Arkansas.  Accordingly, the Court does not have subject matter jurisdiction over this matter, and this case should be dismissed without prejudice.  *See, e.g., Kahn v. Kahn,* 21 F.3d 859, 862 (8th Cir. 1994) (recognizing such a dismissal is without prejudice).

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.  *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

SIGNED this 23rd day of August 2022.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE