IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CASEY A. HOOKS                                                                                          PLAINTIFF

v.                                          Case No. 6:22-cv-6056

WARDEN JOHN YATES                                                                            DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Bryant recommends that the request in Plaintiff's Supplement (ECF No. 6), in which Plaintiff states that the Western District is the improper forum for his habeas petition and that his petition should be dismissed without prejudice, should be granted.

No party has filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Accordingly, Plaintiff's Petition for a Writ of Habeas Corpus (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge